**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TINA MARIE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil Action No. 25-433<br><br>District Judge W. Scott Hardy<br>Magistrate Judge Patricia L. Dodge |

**MEMORANDUM ORDER**

Presently before the Court is the Report and Recommendation ("R&R") entered by United States Magistrate Judge Patricia L. Dodge in this matter on May 11, 2026. (Docket No. 21). The R&R recommends that the Court grant the Motion for Summary Judgment (Docket No. 13) filed by Plaintiff Tina Marie Martin ("Plaintiff" or "Martin"), reverse the decision by Defendant Commissioner of Social Security ("Commissioner") denying Martin's claim for Supplemental Security Income ("SSI"), and remand this matter to the Commissioner for further review. (Docket No. 21 at 1, 13). Service of the R&R was made on the parties electronically via CM/ECF, and the parties were informed that any objections to same were due by May 26, 2026. (*Id.* at 13 and Docket text entry). Thereafter, neither party filed any objections to the R&R.

The Federal Rules of Civil Procedure provide that a party may file specific written objections to the proposed findings and recommendations of a magistrate judge, and a district judge must conduct a *de novo* review of any part of the R&R that has been properly objected to. *See* Fed. R. Civ. P. 72(b)(2), (3); 28 U.S.C. § 636(b)(1). Here, however, because neither party has filed any objections to the R&R, which explicitly stated, "Failure to file timely objections will

waive the right to appeal" (Docket No. 21 at 13), we review the magistrate judge's decision for plain error. *See Brightwell v. Lehman*, 637 F.3d 187, 193 (3d Cir. 2011) (citing *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007)); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citing *Campbell v. U.S. Dist. Ct. for N.D. Cal.*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974))).

In this case, upon careful review of the R&R, Martin's Motion for Summary Judgment and brief in support (Docket Nos. 13, 14), the Commissioner's brief in opposition (Docket No. 19), Martin's reply (Docket No. 20), and the entire record, the Court, finding no plain error on the face of the record, will accept Judge Dodge's recommendation. As such, the Court will adopt the R&R as the Opinion of the Court, and will grant summary judgment in Martin's favor, reverse the Commissioner's decision denying Martin's claims for benefits, and remand this matter to the Commissioner for further review. In so ruling, the Court agrees with Judge Dodge that the Administrative Law Judge's ("ALJ") determination of Martin's residual functional capacity ("RFC") is unsupported by substantial evidence because the ALJ failed to properly evaluate the medical opinion of Christina Damico, PA-C ("PA Damico"). (Docket No. 21 at 8-11). Specifically, the Court agrees with Judge Dodge that the ALJ failed to properly evaluate the consistency and supportability of the evidence regarding Martin's physical health by rejecting without explanation relevant portions of PA Damico's findings. (*Id.* at 10). The Court further agrees with Judge Dodge that, because the ALJ did not explain this implicit rejection of PA Damico's opinion, nor did he acknowledge the existence of that opinion, the case should be remanded so that PA Damico's opinion can be properly considered in the context of the full record. (*Id.* at 10-11). Additionally, the Court agrees with Judge Dodge that the ALJ did not err in omitting

Martin's use of a cane from the RFC, because the ALJ's analysis and RFC finding in that regard are supported by substantial evidence. (*Id.* at 11-12).

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 2nd day of November, 2026,

IT IS HEREBY ORDERED that the R&R (Docket No. 21) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the R&R: Plaintiff's Motion for Summary Judgment (Docket No. 13) is GRANTED; the Commissioner's Decision denying Plaintiff's claims for benefits is REVERSED; and this case is REMANDED to the Commissioner for further review pursuant to sentence four of 42 U.S.C. § 405(g), based solely on the ALJ's failure to consider the medical opinion of PA Damico.

The Clerk of Court shall mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record